GLORIA LA B. BEGLEY, Appellant, *v.* PRUDENTIAL INSURANCE
COMPANY OF AMERICA, Respondent.

Submitted October 3, 1955; decided October 13, 1955.

Motion to dismiss appeal denied.

Cross motion for leave to prosecute appeal as poor person
and for assignment of counsel granted and Joseph M. Costello,
Esq., 100 William Street, New York, N. Y., assigned as counsel
to appellant on the appeal herein.

ANNA BEUTENMILLER et al., Appellants, *v.* WEST END TAVERN,
INC., Respondent.

Submitted October 3, 1955; decided October 13, 1955.

Motion to have appeal heard upon one copy of the record
before the Appellate Division together with the required addi-
tional papers granted.